1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ERIC WARD,                                No.  2:13-cv-1312-EFB P

12                  Plaintiff,

13          v.                                 ORDER

14   SOLANO COUNTY SHERIFF'S DEPT.,
     et al.,
15
                  Defendants.
16

17          Plaintiff is a county inmate proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  On July 18, 2013, the court directed plaintiff to file a new complaint within thirty

19   days.  ECF No. 4.  On July 25, 2013, plaintiff filed a motion for leave to amend his complaint.[1]

20   ECF No. 7.  In light of this court's July 18, 2013 order, the motion is denied as unnecessary.

21   Plaintiff's complaint remains due on August 19, 2013.   Accordingly, it is hereby ORDERED that

22   plaintiff's motion to amend, ECF No. 7, is denied.

23   Dated:  August 14, 2013.

24                                          EDMUND F. BRENNAN
25                                          UNITED STATES MAGISTRATE JUDGE

26   _____
     [1] Like the original complaint, plaintiff failed to sign the instant request.  Plaintiff is hereby
27   reminded that Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading,
     written motion, and other paper . . . be signed by at least one attorney of record in the attorney's
28   name—or by a party personally if the party is unrepresented."  Fed. R. Civ. P. 11(a).