UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WARD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SOLANO COUNTY SHERIFF'S DEPT., et al.,<br><br>　　　　　　Defendants. | No.  2:13-cv-1312-EFB P<br><br><br>ORDER |

Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. On July 18, 2013, the court directed plaintiff to file a new complaint within thirty days. ECF No. 4. On July 25, 2013, plaintiff filed a motion for leave to amend his complaint.[1] ECF No. 7. In light of this court's July 18, 2013 order, the motion is denied as unnecessary. Plaintiff's complaint remains due on August 19, 2013.  Accordingly, it is hereby ORDERED that plaintiff's motion to amend, ECF No. 7, is denied.

Dated:  August 14, 2013.

　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Like the original complaint, plaintiff failed to sign the instant request. Plaintiff is hereby reminded that Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a).