1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ERIC WARD,                                    No.  2:13-cv-1312-EFB P

12                      Plaintiff,

13          v.                                      ORDER

14   SOLANO COUNTY SHERIFF'S DEPT.,
     et al.,
15
                     Defendants.
16

17          Plaintiff is a county inmate proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

19   U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C.

20   § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

21          On July 18, 2013, the court informed plaintiff of the deficiencies in his initial filing and

22   directed plaintiff to file a new complaint within thirty days.  ECF No. 4.  The court also warned

23   plaintiff that failure to comply with the order would result in this action being dismissed. *Id.*  The

24   time for acting has passed and plaintiff has not filed an amended complaint, or otherwise

25   responded to the court's order.

26          A party's failure to comply with any order or with the Local Rules "may be grounds for

27   imposition by the Court of any and all sanctions authorized by statute or Rule or within the

28   inherent power of the Court."  E.D. Cal. Local Rule 110.  The court may dismiss an action with or

                                                    1

1  without prejudice, as appropriate, if a party disobeys an order or the Local Rules.  *See Ferdik v.*

2  *Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in

3  dismissing pro se plaintiff's complaint for failing to obey an order to re-file an amended

4  complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439,

5  1440-41 (9th Cir. 1988) (dismissal for pro se plaintiff's failure to comply with local rule

6  regarding notice of change of address affirmed).

7  　　　Accordingly, it is hereby ORDERED that this action is DISMISSED.  Fed. R. Civ. P.

8  41(b); E. D. Cal. Local Rule 110.

9  Dated:  September 10, 2013.

10  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28